DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESSICA DAVIS,**
Appellant,

v.

**EMILY STEPHENS** and **ROBERT G. STEPHENS,**
Appellees.

No. 4D19-2396

[May 20, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE 13-007960.

Kenneth D. Cooper, Fort Lauderdale, for appellant.

Benjamin L. Bedard and Jeffrey W. Hurcomb of Roberts, Reynolds, Bedard & Tuzzio, PLLC, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***